ALVAN W. PERRY, Respondent, *v.* BENJAMIN L. M. BATES, Appellant.

*Perry* v. *Bates*, 122 App. Div. 893, affirmed.
(Argued January 25, 1909; decided February 9, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered November 22, 1907, unanimously affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover commissions.

*Charles F. Brown, John B. Stanchfield* and *John Delahunty* for appellant.

*Howard Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.